# UNITED STATES DISTRICT COURT

## Western District of Missouri

                                                                                JUDGMENT IN A CIVIL CASE

**David Brack Gatewood, Register No. 526922**

     v.

**Timothy L. Page, et al**

                                            Case Number: 05-4141-CV-C-NKL

\_     *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X     *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

–     that plaintiff's initial partial filing fee is calculated at $2.09 and the Missouri Department of Corrections is directed to deduct from plaintiff's inmate account, and forward to the court, the initial partial filing fee and installment payments, in accord with the provisions of 28 U.S.C. § 1915, until the $250.00 filing fee is paid in full. It is further

–     ORDERED that plaintiff's claims are dismissed, pursuant to the provisions of 28 U.S.C. § 1915A, for failure to state a claim on which relief may be granted.

ENTERED ON: September 26, 2005

<u>September 26, 2005</u>                                   <u>PATRICIA L. BRUNE</u>

Date                                                      Clerk

                                                            /s L. Bax

                                                            (By) Deputy Clerk